DISMISS; Opinion Filed August 15, 2012.



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01087-CR    No. 05-12-01091-CR
No. 05-12-01088-CR    No. 05-12-01092-CR
No. 05-12-01089-CR    No. 05-12-01093-CR
No. 05-12-01090-CR    No. 05-12-01094-CR

BRUCE BERNARD ANDERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. W92-41162-I, W92-41554-I, W92-41555-I, W92-41556-I,
W92-41557, W92-41558-I, W93-00582-I, W93-00676-I

# MEMORANDUM OPINION

Before Justices O'Neill, Richter, and Lang-Miers
Opinion By Justice O'Neill

Bruce Bernard Anders filed post-conviction applications for writ of habeas corpus challenging his multiple convictions for sex offenses. Thee trial court issued orders on the applications stating there were no uncontroverted issues and recommending that the application be dismissed. Appellant filed a notice of appeal from the trial court's orders. This Court has no jurisdiction over habeas corpus proceedings involving final felony convictions. *See* TEX. CODE CRIM. PROC. ANN. arts. 11.05, 11.07 (West 2005 & Supp. 2011).

We dismiss the appeals for want of jurisdiction.

MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121087F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BRUCE BERNARD ANDERS, Appellant

No. 05-12-01087-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas. (Tr.Ct.No. W92-41162-I).
Opinion delivered by Justice O'Neill, Justices Richter and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 15, 2012.


MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BRUCE BERNARD ANDERS, Appellant

No. 05-12-01088-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas. (Tr.Ct.No. W92-41554-I).

Opinion delivered by Justice O'Neill, Justices Richter and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 15, 2012.

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRUCE BERNARD ANDERS, Appellant

No. 05-12-01089-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No.
2 of Dallas County, Texas. (Tr.Ct.No. W92-
41555-I).
Opinion delivered by Justice O'Neill, Justices
Richter and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 15, 2012.

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRUCE BERNARD ANDERS, Appellant

No. 05-12-01090-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas. (Tr.Ct.No. W92-41556-I).
Opinion delivered by Justice O'Neill, Justices Richter and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 15, 2012.

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRUCE BERNARD ANDERS, Appellant

No. 05-12-01091-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas. (Tr.Ct.No. W92-41557-I).

Opinion delivered by Justice O'Neill, Justices Richter and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 15, 2012.

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRUCE BERNARD ANDERS, Appellant

No. 05-12-01092-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas. (Tr.Ct.No. W92-41558-I).
Opinion delivered by Justice O'Neill, Justices Richter and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 15, 2012.


MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRUCE BERNARD ANDERS, Appellant

No. 05-12-01093-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas. (Tr.Ct.No. W93-00582-I).

Opinion delivered by Justice O'Neill, Justices Richter and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 15, 2012.

MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRUCE BERNARD ANDERS, Appellant

No. 05-12-01094-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas. (Tr.Ct.No. W93-00676-I).
Opinion delivered by Justice O'Neill, Justices Richter and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 15, 2012.

MICHAEL J. O'NEILL
JUSTICE

# RECORD RETENTION FORM - CRIMINAL CASES

Appellate Cause No.: 05-12-01087-CR

Style: Bruce Bernard Anders v. The State of Texas

County: Dallas

Published: No

Case Disposition & Date: Dismissed,

Description/Subject of Case: Convicted of agg. sex. assault of child. Sentence 38 yrs. Appeal from order on 11.07 habeas application

Comp. cases: 05-12-01087/01088/01089/01090/01091/01092/01093/01094-CR

RECOMMENDATION: [ ] Destroy          [XX] Retain (Keep only opinions that fall under archive retention criteria - see list below)

[XX]   The sentence imposed in the criminal case is more than 20 years confinement. (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)

[XX]   The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.

[ ]    The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).

[ ]    The opinion in the case is published.

[ ]    The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;

[ ]    The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;

[ ]    The records have been determined to be archival state records;

[ ]    The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.

SIGNED:

DATE: 8-15-13                    SERIES NO.:

# RECORD RETENTION FORM - CRIMINAL CASES

**Appellate Cause No.:** 05-12-01088-CR

**Style:** Bruce Bernard Anders v. The State of Texas

**County: Dallas**

**Published: No**

**Case Disposition & Date: Dismissed,**

**Description/Subject of Case:** Convicted of sex. assault. Sentence 20 yrs. Appeal from order on 11.07 habeas application

**Comp. cases:** 05-12-01087/01088/01089/01090/01091/01092/01093/01094-CR

**RECOMMENDATION:** [ ] Destroy        [XX] Retain (Keep only opinions that fall under archive retention criteria - see list below)

[XX]   The sentence imposed in the criminal case is more than 20 years confinement. (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)

[XX]   The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.

[ ]   The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).

[ ]   The opinion in the case is published.

[ ]   The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;

[ ]   The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;

[ ]   The records have been determined to be archival state records;

[ ]   The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.

SIGNED:

DATE: 8-15-12        SERIES NO.:

# RECORD RETENTION FORM - CRIMINAL CASES

Appellate Cause No.: 05-12-01089-CR

Style: Bruce Bernard Anders v. The State of Texas

County: Dallas

Published: No

Case Disposition & Date: Dismissed,

Description/Subject of Case: Convicted of indecency w/ child. Sentence 20 yrs. Appeal from order on 11.07 habeas application

      Comp. cases: 05-12-01087/01088/01089/01090/01091/01092/01093/01094-CR

RECOMMENDATION: [ ] Destroy      [XX] Retain (Keep only opinions that fall under archive retention criteria - see list below)

[XX]    The sentence imposed in the criminal case is more than 20 years confinement. (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)

[XX]    The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.

[ ]    The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).

[ ]    The opinion in the case is published.

[ ]    The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;

[ ]    The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;

[ ]    The records have been determined to be archival state records;

[ ]    The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.

SIGNED:

DATE: 8-15-12           SERIES NO.:

RECORD RETENTION FORM - CRIMINAL CASES

Appellate Cause No.: 05-12-01090-CR

Style: Bruce Bernard Anders v. The State of Texas

County: Dallas

Published: No

Case Disposition & Date: Dismissed,

Description/Subject of Case: Convicted of agg. sex. assault child. Sentence 5 yrs. Appeal from order on 11.07 habeas application

      Comp. cases: 05-12-01087/01088/01089/01090/01091/01092/01093/01094-CR

RECOMMENDATION: [ ] Destroy       [XX] Retain (Keep only opinions that fall under archive retention criteria - see list below)

[XX]    The sentence imposed in the criminal case is more than 20 years confinement. (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)

[XX]    The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.

[ ]    The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).

[ ]    The opinion in the case is published.

[ ]    The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;

[ ]    The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;

[ ]    The records have been determined to be archival state records;

[ ]    The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.

SIGNED: _Michael O'Neill_

DATE: _8-15-12_        SERIES NO.:_____

RECORD RETENTION FORM - CRIMINAL CASES

Appellate Cause No.: 05-12-01091-CR

Style:  Bruce Bernard Anders v. The State of Texas

County: Dallas

Published: No

Case Disposition & Date: Dismissed,

Description/Subject of Case: Convicted of attempted agg. sex. assault child.   Sentence 20 yrs.
Appeal from order on 11.07 habeas application

      Comp. cases:  05-12-01087/01088/01089/01090/01091/01092/01093/01094-CR

RECOMMENDATION: [  ] Destroy      [XX] Retain (Keep only opinions that fall under archive retention criteria - see list below)

[XX]    The sentence imposed in the criminal case is more than 20 years confinement.  (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)

[XX]    The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.

[  ]    The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).

[  ]    The opinion in the case is published.

[  ]    The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;

[  ]    The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;

[  ]    The records have been determined to be archival state records;

[  ]    The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.

SIGNED:

DATE:    8-15-12        SERIES NO.:

# RECORD RETENTION FORM - CRIMINAL CASES

**Appellate Cause No.:** 05-12-01092-CR

**Style:** Bruce Bernard Anders v. The State of Texas

**County: Dallas**

**Published: No**

**Case Disposition & Date: Dismissed,**

**Description/Subject of Case:** Convicted of agg. sex. assault child. Sentence 35 yrs. Appeal from order on 11.07 habeas application

**Comp. cases:** 05-12-01087/01088/01089/01090/01091/01092/01093/01094-CR

**RECOMMENDATION:** [ ] Destroy  [XX] **Retain** (Keep only opinions that fall under archive retention criteria - see list below)

[XX]   The sentence imposed in the criminal case is more than 20 years confinement. (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)

[XX]   The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.

[ ]   The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).

[ ]   The opinion in the case is published.

[ ]   The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;

[ ]   The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;

[ ]   The records have been determined to be archival state records;

[ ]   The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.

SIGNED: _____

DATE:_____8-15-12_____     SERIES NO.:_____

# RECORD RETENTION FORM - CRIMINAL CASES

Appellate Cause No.: 05-12-01093-CR

Style:  Bruce Bernard Anders v. The State of Texas

County: Dallas

Published:  No

Case Disposition & Date: Dismissed,

Description/Subject of Case: Convicted of sex. assault child.  Sentence 20 yrs.  Appeal from order on 11.07 habeas application

Comp. cases:  05-12-01087/01088/01089/01090/01091/01092/01093/01094-CR

RECOMMENDATION:  [  ] Destroy          [XX] Retain (Keep only opinions that fall under archive retention criteria - see list below)

[XX]    The sentence imposed in the criminal case is more than 20 years confinement.  (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)

[XX]    The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.

[  ]    The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).

[  ]    The opinion in the case is published.

[  ]    The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;

[  ]    The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;

[  ]    The records have been determined to be archival state records;

[  ]    The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.

SIGNED:

DATE: 8-15-12                                        SERIES NO.:

## RECORD RETENTION FORM - CRIMINAL CASES

Appellate Cause No.: 05-12-01094-CR

Style: Bruce Bernard Anders v. The State of Texas

County: Dallas

Published: No

Case Disposition & Date: Dismissed,

Description/Subject of Case: Convicted of sex. performace of a child. Sentence 20 yrs. Appeal from order on 11.07 habeas application

Comp. cases: 05-12-01087/01088/01089/01090/01091/01092/01093/01094-CR

RECOMMENDATION: [ ] Destroy          [XX] **Retain** (Keep only opinions that fall under archive retention criteria - see list below)

[XX]    The sentence imposed in the criminal case is more than 20 years confinement. (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)

[XX]    The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.

[ ]     The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).

[ ]     The opinion in the case is published.

[ ]     The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;

[ ]     The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;

[ ]     The records have been determined to be archival state records;

[ ]     The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.

SIGNED:

DATE:        8-15-12                    SERIES NO.: